IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY LEE WEBB, #137198, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 2:16-CV-814-WKW |
| ) | [WO] |
| DERRICK CARTER, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## **ORDER**

On October 14, 2016, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 3.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that

(1)  The Recommendation (Doc. # 3) is ADOPTED; and

(2)  This case is TRANSFERRED to the Northern District of Alabama pursuant to the provisions of 28 U.S.C. § 2241(d).

DONE this 10th day of November, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE